Memorandum of Points of Authorities:

I, Rickey Alford aka Morris Day declares:

Both Rickey Alford and Bill Cosby played with the Boston Celtics Club with Muhammad Ali and Don Cornilus all of whom owned the Boston Celtic Club, and as singers as the Intruders and Delphonics from 1960 to 1975 recording hitting the Top 10 on the Bill Boards setting world records through African countries like Congos, Nigeria, Uganda Angola and even in the US of A. For Infringement of Copyright, Title 17 USC sec 501 n.74 Leigh vs. Warner Bro (1998 SD Ga) 10 F.Supp 2d 1371; Warner Bro, Inc vs. ABC, (1982 SD NY) 530 F. Supp 1187 aff (1983, C A 2 NY) 720 F.2d 231

Rickey Alford aka Morris with Bill Cosby will be victims of the Neo-Nazi-Kuklut Klan House of Representative attack over Africas Crude-Oil especially the Congos since black base of Africans communication to all black countries was through the Congos joining with these Us Organization and African Liberation Army Patriotic Front dealing with the Boston Celtic Club see 17 USC sec. 106 (4)(5) NFL vs. Primetime 24 Venture

P.1

75 years has their been a lynching like the Bill Cosby case where White Supremacist Neo-Nazi-Kuklut klans stages rape cases that never happened, not only this but the County Prosecutor hears the allegations of rape 13 year before the trial, Sixth Amendment "Speedy Trial." This is identically to R. Alford aka Morris Day the KKK Sheriff who its beleaved to be Barack Obama a White Supremacist Neo Nazi KKK posing as a black to be the President of US of A.

Even more surprizes, who really are the people pushing the lynching of Bill Cosby: Obviously Barack Obama lead the prosecution being that he was on TV advocating with the White Supremacist females who its claimed a few black females was either payed as informers, if they were actually black.

Going back (45) years claiming Bill Cosby raped the White Supremacist females, yet no publication in the new-media, even a single complaint on record on any TV station, CBS, ABC, NBC, even so their would still be a record, now its too late to bring fraud papers.

P. 3

in the State of California that would release over (40,000) Forty Thousand inmate, and release of inmates given 5, 10, 20, 25 years to life over a White Supremacist female advocated was the results of the 1994 election that violated many constitution to create a Civil War, Thirdteenth Amendment Prohibition Aganist Slavery

A white female was alledgly raped by two latinos, and murdered, the crime it self carries 25 years to life, why would minorities get these types of enhancements simply because the Neo-Nazi-Kuklux Klan gets $300,000 to prosecute something as little as $10.00, even $600.00 thefts, but charge minorities $300,000. per felony count and for every enhancement. What is Double Jeopardy clause of the Fifth Amendment, surrounding Ex Post facto/ Bill of Attainder, Art. 1, sec. 9, cl. 3 which is the 13th Amendment

The President of the US Neo-Nazi-Kuklux Klan with the House of Representative are Political Pimping, White Slavery

P. 5

Article III protection, though deserving utmost fidelity, should not be expanded to insulate federal judges from punishment for their criminal wrongdoing. See Isaacs, 493 F.2d at 1143. Hasting, 681 F.2d at 711.

No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creates of the law, and are bound to obey it.

A preliminary injunction for especially black inmates to impeachment Federal Judges and the Supreme Court of California Chief Justice Cantil-Sakauye over Habeas Corpus filing on Double Jeopardy Clause Fifth Amendment United States vs. Wilson, 420 US 332, 95 S.Ct 1013 Double Jeopardy West Key-2; CJS Criminal Law sec. 209 Burks vs. United States (1978) 437 US 1, 57 L.Ed2d 1; and to compare Bill Cosby case over an aquittal judgment where Cosby is innicent, & charged by white Supremacist Neo Nazi Kuklut Klan females.

P. 7

shall be issued without notice to the adverse party

Remedy constitutional violation, Toussiant vs. McCarthy, 801 Fed 1080 cert den 107 S.Ct 2462, 481 US 1069, 95 L.Ed2d 871; Clark vs. Coye 60 F.3d 600, constitutional and statutory law enforced by Federal;

The Black inmates should be able to transmitt to the Federal & State Supreme Court and a broadcasting system where blacks throughout the CDCR can see the film and interrogatorys, answers why the denials of Habeas Corpus & Civil Right complaints, motions, etc. For purposes of impeachment and removal as judges present to be Anti-black, Neo-Nazi-Ku Klux Klan White Supremacist members of those who wrote "Three Strike" enhancement, 5, 10, 20, 25 years to life, in 1994; on T.V. screen 50" in where in the CMC Library could assemble peacefully to confront the racist anti-black judges. Sixth Amendment, Faretta v. California 422 US 806 (1975) because of racist Attorneys see. Strickland vs. Washington, 466 US 668,

P. 9

California Mens Colony State Prison
P.O. Box 8101
San Luis Obispo, Ca 93409
Rickey Alford
AY2755 / Cell-C5396



RECEIVED
Mail Room
JUL 3 0 2018
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

United States District Court
District of Columbia
Washington, DC 20000